PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Manuel Ciriaco Davis</u>   Case Number: <u>A-13-CR-207(1)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, United States District Judge</u>

Date of Original Sentence: <u>September 23, 2013</u>

Original Offense: <u>Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)</u>

Original Sentence: <u>160 months custody of the Bureau of Prisons, followed by a three (3) year term of supervised release; with special condition of substance abuse treatment, alcohol abstinence, participation in workforce development program, mental health treatment, take all prescribed medications, search and seizure, and a $100 special assessment</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>November 15, 2021</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>   Defense Attorney: <u>Christie Williams (Appointed)</u>

## PREVIOUS COURT ACTION

On January 30, 2014, Davis' term of imprisonment was reduced to 120 months in response to the United States' Motion for Correction of Sentence for Changed Circumstances.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic tests thereafter (as determined by the court) for use of a controlled substance, but the condition states in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Noncompliance:** On January 5, 2022, and January 13, 2022, Davis submitted to random drug tests, which tested positive for marijuana. This officer made contact with the offender, and he admitted verbally and in writing to using marijuana on one occasion January 4, 2021.

Manuel Ciriaco Davis
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** Davis was verbally admonished for his drug usage. It is respectfully recommended that no Court action be taken at this time, and that the offender be allowed to participate in substance abuse treatment to continue working on his substance abuse issues.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Davis incur any further violations, the Court will be notified.

Respectfully submitted,

Bartosz Szatkowski
Senior United States Probation Officer
Date: 1/28/2022

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Honorable Susan Hightower
United States Magistrate Judge
Date:  January 28, 2022